**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

**EASTERN DIVISION**

|  |  |
|---|---|
|  | Honorable Judge STEARNS |
| DIRECTV, Inc. a California corporation, ) ) ) | Case No. 03 cv 12283 RGS |
| Plaintiff, ) ) |  |
| vs. ) ) | **ANSWER TO COMPLAINT** |
| TODD FARMER ) Defendant ) ) ) | *DEFENDANT TODD FARMER DEMANDS TRIAL BY JURY* |

   NOW INTO COURT, comes DEFENDANT, TODD FARMER, who moves the Court as follows:

   .

   DEFENDANT, TODD FARMER was personally served in the captioned matter on February 04, 2004.

DIRECTV VS TODD FARMER 03 cv 12283 RGS

The deadline for filing responsive pleadings for DEFENDANT, TODD FARMER. Is February 24, 2004.

1)

DEFENDANT, TODD FARMER. requires additional time to locate counsel who can investigate the allegations contained herein and prepare responsive pleadings

Therefore, DEFENDANT, TODD FARMER. respectfully requests that his deadline for filing responsive pleadings herein be extended by twenty (20) days from February 24, 2004, or until March 15, 2004.

**WHEREFORE**, Defendant, TODD FARMER. respectfully requests that his respective deadline for filing responsive pleadings herein be extended by twenty (20) days from February 24, 2004, or until March 15, 2004).

Respectfully submitted by,

TODD FARMER, Pro Se

203 ROOSEVELT RD.

WEYMOUTH, MA

Dated this 20th day of February, 2004

DIRECTV VS TODD FARMER 03 cv 12283 RGS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via regular U.S. Mail to John M. McLaughlin
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060

   this 20 day of February, 2004.


Todd Farmer PRO-SE

*[signature]*

Todd Farmer PRO-SE
203 Roosevelt Rd.
Weymouth, MA 02188