UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTTV, INC., )<br>)<br>    Plaintiff, )<br>  v. )<br>)<br>TODD FARMER, )<br>)<br>    Defendant. ) | CIVIL ACTION<br>NO. 03-12283-RGS |

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE STEARNS

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On __November 5, 2004__, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    ___X___ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

The pro se plaintiff was present in person and the defendant's counsel participated by telephone.

The case was:

[ X ]  Settled. Your clerk should enter a 60-day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                          / s / Judith Gail Dein
                                          Judith Gail Dein, U.S. Magistrate Judge
DATED: November 5, 2004                   ADR Provider