**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03-12283-RGS** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **Todd Farmer** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

                                             Respectfully Submitted for the Plaintiff,
                                             DIRECTV, Inc.
                                             By Its Attorney,

   11/17/04                               /s/ John M. McLaughlin
Date                                       John M. McLaughlin
                                           **Green Miles Lipton & Fitz-Gibbon**
                                           77 Pleasant Street
                                           P.O. Box 210
                                           Northampton, MA 01061
                                           Telephone:  (413) 586-0865
                                           BBO No. 556328

## **CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 17th day of November, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Todd Farmer
203 Roosevelt Rd.
Weymouth, MA 4/19/2001

                                                                   ___/s/ John M. McLaughlin_____
                                                                       John M. McLaughlin, Esq.